RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

RICK WATSON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-353-0300 (v)
202-307-0054 (f)
Rickey.watson@usdoj.gov

*Of Counsel:*
BART M. DAVIS
United States Attorney

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF IDAHO, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFREY S. DINWIDDIE,<br><br>    Defendant. | Case No.<br><br>**UNITED STATES' COMPLAINT TO REDUCE FEDERAL TAX ASSESSMENTS TO JUDGMENT** |

## NATURE OF ACTION

The United States of America, pursuant to 26 U.S.C. ("IRC") §§ 7401, 7402, and 7403, at the direction of the Attorney General of the United States, or his delegate, and at the request of the Secretary of the Treasury, or his delegate, files this Complaint seeking to reduce to judgment federal employment and unemployment tax assessments against Jeffrey S. Dinwiddie.

1

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 26 U.S.C. §§ 7402, and 7403, and 28 U.S.C. §§ 1340 and 1345.

2. Venue of this action properly lies in this district pursuant to 28 U.S.C. §§ 1391(b) and 1396 because the taxpayer resides in Boise, Idaho.

3. Defendant Jeffrey S. Dinwiddie resides in Boise, Idaho, and so is subject to the jurisdiction of this Court.

## CLAIM FOR RELIEF: REDUCE EMPLOYEMENT TAX LIABILITIES TO JUDGMENT AGAINST JEFFREY S. DINWIDDIE

4. The United States hereby realleges and incorporates the allegations contained in paragraphs 1 through 3, inclusive, as if fully set forth herein.

5. At all times relevant herein, Jeffrey S. Dinwiddie was the owner of a sole proprietorship commonly known as Alaska Trailblazing Services.

6. Alaska Trailblazing Services failed to pay over employment taxes (Form 941) for twenty six of the thirty three quarters beginning with the fourth quarter of 1998 and ending with the fourth quarter of 2006, inclusive.

7. Jeffrey S. Dinwiddie admitted during an interview with IRS personnel that he made all the business decisions for the business, was responsible for making federal employment tax deposits, and that he knowingly made the decision not to timely pay the federal tax deposits for the quarters at issue and used those funds for other obligations of the business.

8. During the periods set for below, Jeffrey S. Dinwiddie was responsible for collecting, truthfully accounting for and paying over to the United States the withheld income, FICA and FUTA taxes from wages paid to employees of Alaska Trailblazing Services.

9. On the dates and in the amounts set forth below, a delegate of the Secretary of the Treasury made timely federal tax assessments against Jeffrey S. Dinwiddie for federal employment taxes (941) for the following tax periods:

| Period Ending | Date Assessed | Assessed Amount |
|---|---|---|
| 12/31/1998 | 03/19/2007 | $43,519.74 |
| 03/31/1999 | 01/08/2007 | $28,299.81 |
| 09/30/1999 | 01/08/2007 | $79,860.89 |
| 12/31/1999 | 01/08/2007 | $32,308.20 |
| 03/31/2000 | 01/08/2007 | $30,549.25 |
| 06/30/2000 | 01/08/2007 | $112,711.43 |
| 09/30/2000 | 01/08/2007 | $149,291.33 |
| 12/31/2000 | 01/08/2007 | $45,527.38 |
| 03/31/3001 | 01/08/2007 | $45,143.10 |
| 06/30/2001 | 01/08/2007 | $115,131.19 |
| 09/30/2001 | 01/08/2007 | $175,504.79 |
| 12/31/2001 | 01/08/2007 | $50,638.72 |
| 03/31/2002 | 01/08/2007 | $49,883.32 |
| 06/30/2002 | 01/08/2007 | $139,810.20 |
| 09/30/2002 | 01/08/2007 | $192,595.67 |
| 12/31/2002 | 01/08/2007 | $70,341.83 |
| 03/31/2003 | 01/08/2007 | $51,582.83 |
| 06/30/2003 | 01/08/2007 | $184,353.92 |
| 09/30/2003 | 01/08/2007 | $241,466.96 |

| Period Ending | Date Assessed | Assessed Amount |
|---|---|---|
| 12/31/2003 | 01/08/2007 | $99,358.94 |
| 03/31/2004 | 01/08/2007 | $105,165.42 |
| 06/30/2004 | 01/08/2007 | $253,050.75 |
| 09/30/2004 | 01/08/2007 | $447,140.73 |
| 12/31/2004 | 01/08/2007 | $116,915.67 |
| 09/30/2006 | 12/18/2006 | $408,491.63 |
| 12/31/2006 | 03/05/2007 | $198,772.74 |

10. Since the date of the assessments described in paragraph 9, above, interest has accrued as provided by law. The total amount due and owing on the assessments described in paragraph 9, above, plus statutory interest pursuant to 26 U.S.C. § § 6601, 6621, and 6622, and other statutory additions, less any payments and credits, as of May 28, 2018, was $5,360,163.71.

11. On the date and in the amount set forth below, a delegate of the Secretary of the Treasury made timely federal tax assessments against Jeffrey S. Dinwiddie for federal unemployment taxes (940) for the following tax periods:

| Period Ending | Date Assessed | Amount Assessed |
|---|---|---|
| 12/31/2004 | 03/19/2007 | $53,123.77 |

12. Since the date of the assessment described in paragraph 11, above, interest has accrued as provided by law. The total amount due and owing on the assessments described in paragraph 11, above, plus statutory interest pursuant to 26 U.S.C. § § 6601, 6621, and 6622, and other statutory additions, less any payments and credits, as of May 28, 2018, was $73,921.56.

13. The collection statute expiration date under 26 U.S.C. § 6502 has been extended on all assessments by 501 days due to the expiration of an installment agreement (26 U.S.C. § 6503(a)(1)) and the submission of two offers in compromise (26 U.S.C. § § 6331(k)(1) and (3)).

14. Despite timely notice and demand for payment of the assessments described in paragraphs 9 and 11, above, Jeffrey S. Dinwiddie has neglected, failed or refused to pay the assessed amounts to the United States.

15. Jeffrey S. Dinwiddie remains indebted to the United States for the balance of the assessments described in paragraphs 9 and 11, above, plus statutory interest pursuant to 26 U.S.C. § § 6601, 6621, and 6622, and other statutory additions, less any payments and credits.

WHEREFORE the United States respectfully prays that the Court:

A. Enter judgment in its favor and against Jeffrey S. Dinwiddie for unpaid federal employment and unemployment taxes in the amount of $5,434,085.27 as of May 28, 2018, plus plus statutory interest pursuant to 26 U.S.C. § § 6601, 6621, and 6622, and other statutory additions, less any payments and credits; and

B. Order that the United States be awarded its costs and such other relief as is just and proper.

DATED this 23rd day of April, 2018.

        RICHARD E. ZUCKERMAN
        Deputy Assistant Attorney General

        /s/Rick Watson
        RICK WATSON
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683 Ben Franklin Station
        Washington, D.C.  20044-0683
        (202) 353-0300

        *Of Counsel*
        BART M. DAVIS
        United States Attorney

        *Attorneys for the United States*

# UNITED STATES DISTRICT COURT
for the

District of Idaho ▾

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff(s)*<br>v.<br>JEFFREY S. DINWIDDIE,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JEFFREY S. DINWIDDIE
325 West Ridgeline Drive
Boise, Idaho 83702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Rick Watson, Trial Attorney, Tax Division, United States Department of Justice, P.O. Box 683, Ben Franklin Station, Washington D.C. 20044

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

### I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

**DEFENDANTS**
JEFFREY S. DINWIDDIE

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Ada
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Rick Watson, United States Department of Justice, Tax Division, P.O. Box 683 Ben Franklin Station, Washington, D.C. 20044 (202)353-0300

Attorneys *(If Known)*

### II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | PERSONAL PROPERTY | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/Exchange |
| 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | |
| 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | ☐ 791 Employee Retirement Income Security Act | ☒ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

### V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 USC 7401, 7402, 7403
Brief description of cause:
Reduce tax assessments to judgment

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ 5,434,085.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE 4/23/2018
SIGNATURE OF ATTORNEY OF RECORD /s/

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

he JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as quired by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is quired for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of ourt for each civil complaint filed. The attorney filing a case should complete the form as follows:

(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

I. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

√. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

I. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

II. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

III. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

ate and Attorney Signature. Date and sign the civil cover sheet.